December 16, 2005
Cesar Velazquez #10272-067
F.C.I. McKean
P.O. Box 8000
Bradford, PA  16701

Clerk of the Court
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148                    Re: Case No. 3:00-CR-290-01
Scranton, PA  18501

Dear Court Clerk:

    Enclosed please find a copy of my pro se Dodd Motion to be filed with this court.  Please acknowledge receipt of this motion.

    Thank you for your time and kind assistance with this matter.

Sincerely,

*[signature]*
Cesar Velazquez, pro se

FILED
SCRANTON

DEC 21 2005

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Cesar Velazquez,

    Movant,

v.                            Case No. 3:00-CR-290-01

United States,

    Respondent.  /

### Dodd Motion

Comes now movant, Cesar Velazquez, pro se, and pursuant to the recent Supreme Court ruling in U.S. v. Dodd, 125 S.Ct. 2478 (2005), files the instant Dodd Motion for consideration.

The Dodd court held that the AEDPA's one-year limitation for filing a §2255 motion, grounded upon the claim that the Supreme Court has a made a decision retroactive, is triggered on the date that such a decision is handed down; not on the date that the Court declares it to be retroactive.

Thus, in the interest of preserving his claim, Velazquez now gives notice that he is hereby raising a challenge to his unconstitutionally imposed guideline sentence, as contemplated by U.S. v. Booker, 125 S.Ct. 738 (2005).

                                            Respectfully submitted,

                                            Cesar Velazquez, pro se

Federal Correctional Institution McKean
Name: Cesar Velazquez
Reg.#: 10272-067
P.O. Box 8000
Bradford, PA 16701

"Legal Mail"

AL INSTITUTION, MCKEAN
-5000
DATE 12-19-05
ssed through special mailing procedures
ter has neither been opened nor
a question or problem over which
u may wish to return the material
fication. If the writer encloses
g to another addressee, please return
ddress.

7004 2890 0004 5923 5750

CERTIFIED MAIL

Clerk of the Court
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA. 18501

RECEIVED
SCRANTON
DEC 21 2005
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

12-16-2005