```
                              Cesar Valazquez #10272-067
                              Federal Correctional Institution, Mckean
                              P.O. Box 8000
                              Bradford, Pa.   16701          FILED
                                                          HARRISBURG, PA

The Honorable Judge Evette Kane                           FEB 08 2008
United States District Court
for the Middle District of Pennsylvania               MARY E. D'ANDREA, CLERK
U.S. Courthouse & Federal Building                    Per _____
228 Walnut Street                                          Deputy Clerk
Harrisburg, Pa.   17108-0983      Date: February 4, 2008
```

Re: Sentence recalculation, accomplishments over past 8 years,

Dear: Honorable Judge Kane

    Greetings, as you can tell from the above name and address I am Cesar Valazquez. I was arrested in 2000 on crack cocaine charges with your Honor imposing a sentence of 240 months in May of 2001 under Docket No. 3:00-CR-290-01 (M.D.Pa.). This sentence you imposed being much greater than the one my attorney lead me to believe which was (13) years.

    It was my understanding that the minimum mandatory of (10) years and any enhancements would come to (13) years not the (20) years imposed. The ineffectiveness of counsel and the excessive enhancements were never previously challenged.

    When I arrived at F.C.I. Mckean every effort was made to better myself which inturn would improve my life upon release. These programs were taken only for self improvement, knowing no relief from the sentences imposed would be forthcoming based upon any of my efforts at self-improvement.

    Further initiative was taken concerning fines and assessments owed which were promptly paid. Further initiative concerning keeping cohesion of our family occurred in 2001 when I was married. Since then my wife and family have been very supportive in all my efforts at bettering my self. We are all looking forward to a new life in North Carolina.

    This is the 8th year of incarceration and the purpose of this letter is the hope its contents will be taken into consideration when motion is filed related to the sentencing changes taking effect in

1.

March of 2008. With a retired father and son in college, your compassion is necessary for their sake. That any consideration for early release will mean my physical and financial assistance will lift burdens from them due to my mistakes and resulting incarceration.

    I am not versed in the law and any assistance comes from attorney's, law students, or inmates versed in the law. This letter is the first step to any motions to be filed containing information used to access any relief available. It will lay the foundation while presenting to the court the accomplishments achieved the past eight years of confinement. This will give your Honor a valid and supported basis to render any decisions handed down.

    Many of my accomplishments are as follows: (photo copies inclosed for verification purposes) 1) Being ordained as a minister; 2) Serve Safe food handling program; 3) Building Trades "VT Program"; 4) Understanding The Stock Market; 5) CDL Licence Training; 6) Mock Job Fair (interviews); 7) Victim Impact; 8) GED; 9) Anger Management; 10) Fork-Lift safety class; 11) Volunteer Drug Abuse Program; 12) Money Managing; 13) Homes and Honor Parenting; 14 basic Ceramics; and 15) Certified in CPR.

    Presently enrolled in an apprentice course in culinary arts. The Program consists of 4000 hours of training with a previous certificate in culinary arts working in the secured area of the staff dining hall. Work there consists of serving staff from the warden on down. Also related to this area is my position on the commissary committee. These accomplishments have not gone unnoticed with the warden and other associated staff willing to write letters of commendation and other assistance necessary to afford transfer to a camp.

    In closing it is hoped that this information will help your Honor make a knowing and according ruling on any motion before you concerning a sentence reduction in line with the recent sentencing commission changes concerning the crack and cocaine disparties. Thank you for your consideration and compassion in the foregoing matter.

Respectfully submitted,

*Cesar Valazquez*
Cesar Valazquez

cc: file

2.