# Certificate of Achievement

This Certificate is awarded to:

## Cesar Velazquez

For dedication to education and completing:

**General Educational Development**
**GED**



Mark Havers, Literacy Coordinator

Given this 15th day of May, 2002



Beth Fantaskey, Supervisor of Education

# Certificate of Completion

This is to certify that:

VELAZQUEZ, CESAR #10272-067

Has successfully completed the

ANGER MANAGEMENT

Requiring 12 hours of Training

In Witness Thereof the Undersigned

Given this 20 day of DECEMBER nineteen hundred and 2001

T. HOLT, CORRECTIONAL COUNSELOR

# Certificate of Achievement

This certifies that

## Cesar Velazquez

has satisfactorily completed

## Understanding the Stock Market

Consisting of 34 Hours of Training
in the Adult Continuing Education Program.

This certificate is hereby issued this 3rd day of January, 2006.

_____          _____
Supervisor of Education              A.C.E. Coordinator

                                                         _____
                                                         Instructor

FCI McKean Education Department



# Certificate of Achievement

**This certifies that**

Cesar Valazquez
# 10272-067

**has satisfactorily completed**

MADD Victim Impact Program

**Consisting of** 80 **Hours of Training**

Perfect Attendance

**This certificate is hereby issued this** 10th **day of** March , 20

R.J. Reome, Unit A Manager

Ellen McNinch, Unit AA Counselor

# CERTIFICATE OF ACHIEVEMENT

*This certificate is awarded to:*

## Cesar Velazquez

*For dedication to education and completing:*

## Building Trades Vocational Training

*Given this 20th day of May, 2003*

_____
Beth Fantaskey, Supervisor of Education

_____
Jeff Huyck, Building Trades V.T. Instructor

# Certificate of Achievement

awarded to:

*Cesar Velazquez*

10272-067

For Completion of the
FCI McKean Drug Abuse Education Course
On this date, October 25, 2002

Suzanne M. House, Ph.D.
DAP Coordinator



Craig Engstrom
Drug Treatment Specialists

# Certificate of Completion

is awarded to

*Cesar Velazquez*

For participation in FCI McKean's Fall Mock Job Fair

Given on this 6th day of November 2003.

Gary Ranson, VT Coordinator

Beth Fantaskey, Education Supervisor

# CERTIFICATE OF ACHIEVEMENT

*This certificate is awarded to:*

*Cesar Velasquez*

*For successfully completing:*
*20 hours of*

**COMMERCIAL DRIVERS LICENSE TRAINING**
**Adult Continuing Education**

*Given this day, September 30, 2003*

Beth Fantaskey, *Supervisor of Education*

Wayne Michalak, *Instructor*
D.O.T. - #NY11-15586769

# Certificate of Achievement

This certifies that

## Cesar Velazquez

has satisfactorily completed

## Managing Money

Consisting of __12__ Hours of Training

This certificate is hereby issued this __3rd__ day of __February__, 2003

_____
Maryanne Agricola, Teacher

_____
Beth Fantaskey, Supervisor of Education

**HEART SAVER**

American Heart Association.
*Fighting Heart Disease and Stroke*

CESAR VELAZQUEZ

has participated in an American Heart Association Heartsaver Course.

| | |
|---|---|
| 12/13/01 | 12/2003 |
| Issue Date | Recommended Renewal Date |

Name of AHA Region: PA AFFILIATE

Name of Community Training Center: BRMC

Instructor's Name: PAUL IVANTCH

Instructor's I.D. No.:

Holder's Signature:

# ~ Certificate of Achievement ~

This certifies that

**VELAZQUEZ #10272-067**

Has satisfactorily completed

**BASIC CERAMIC CLASS**

Consisting of __40__ Hours of Training

This certificate is hereby issued this __21__ day of __JUNE__, 2003

_____
D. Flatt, Recreation Supervisor

_____
M.L. Bizzak; Recreation Specialist

Cesar Velazquez

F.C.I. McKean
Mr. Stephen E. Holster, Safety Mng.
Mr. Jason Tessena

Powered Industrial Truck

January 18, 2007

Cesar Velazquez

has successfully completed the Lift Truck Safety Course

F.C.I. McKean
Mr. Jason Tessena

January 18, 2007

# Certificate of Achievement

This certifies that

## Cesar Velazquez

has satisfactorily completed

## Homes of Honor Parenting

Consisting of __20__ Hours of Training

This certificate is hereby issued this __29th__ day of __January__, 2002



Marianne Agricola, Teacher

Beth Fantaskey, Supervisor of Education




To the Chamber of
The Honorable Judge Evette Kane
United States district Court
for the Middle District of Pennsylvania
U.S. Courthouse & Federal Building
228 Walnut Street
Harrisburg, Pa.  17108-0983

Federal Correctional Institution McKean
Name: Cesar Valazquez
Reg #: 10272-067
P.O. Box 8000
Bradford, PA 16701

"LEGAL MAIL"
SPECIAL MAIL

2-4-2008

Processed through special mailing procedures
The letter has neither been opened nor
raises a question or problem over which
on or clarification. If the writer encloses
ing to another addressee, please return
sure to the above address.

CORRECTIONAL INSTITUTION,
5000, BRADFORD, PA 16701
-02- 08