Case No: 1:00-cr-00290-YK   Document No: 89, User: jw, 1 Copy Printed: Mar, 3, 2008  11:44 AM

Cesar Velazquez
CTY-YORK
York County Prison
3401 Concord Road
York, PA 17402

**FILED SCRANTON**
MAR 17 2008
PER _____ DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED SCRANTON
MAR 17 2008

*Not Know!*

27 W Maple st
York Pa 17403

NIXIE   176 DC 1   00 03/14/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 18501114848   *2043-22836-05-34

OPEN IN PRESENCE OF INMATE