IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-000290 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| CESAR VELAZQUEZ | : | (Electronically Filed) |

### CERTIFICATE OF CONCURRENCE/ NON-CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that the United States Attorneys Office neither concurs nor non-concurs to the filing of the foregoing Motion for Relief Under 18 U.S.C. § 3582 (c) (2).

Date:  April 15, 2008                /s/ *Thomas A. Thornton*
                                     THOMAS A. THORNTON, ESQUIRE
                                     Federal Public Defender
                                     Attorney ID #PA44208
                                     100 Chestnut Street, Suite 306
                                     Harrisburg, PA 17101
                                     Tel. No. (717) 782-2237
                                     Fax No. (717) 782-3881
                                     <Thomas A. Thornton@fd.org>
                                     Attorney for Cesar Velazquez