AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CESAR VELAZQUEZ | ) | Case No: 1:00-cr-290 |
| | ) | USM No: 10272-067 |
| Date of Previous Judgment:       05/10/2001 | ) | Thomas Thornton |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   240   months **is reduced to**   215   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 262 to 327 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

For the reasons set forth in United States v. Spurlock, 2008 U.S. Dist. LEXIS 32700, at *15-16 (M.D. Pa. Apr. 18, 2008), the Court finds that the amendments to the Sentencing Guidelines has the effect of lowering Defendant's applicable guideline range, despite the fact that the guideline range would be determined by the career offender offense level USSG § 4B1.1.

Except as provided above, all provisions of the judgment dated   05/10/2001   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:       07/17/2008

Effective Date:     7/28/08
(if different from order date)

Judge's signature

Yvette Kane, Chief Judge
Printed name and title