IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CESAR VELAZQUEZ, : | |
|     Petitioner : | |
| : | No. 1:00-cr-290 |
| v. : | |
| : | (Judge Kane) |
| UNITED STATES OF AMERICA, : | |
|     Respondent : | |

# ORDER

**AND NOW**, on this 5th day of February 2018, upon consideration of Petitioner's motion to correct sentence under 28 U.S.C. § 2255 (Doc. No. 103), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion (Doc. No. 103), is **DISMISSED** without prejudice as time-barred;

2. A certificate of appealability is **GRANTED**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 16-cv-1290.

                                                s/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania